```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03517
   LARRY E BROWN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6485

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/28/2007 and was confirmed 06/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO      NOTICE ONLY      NOT FILED            .00           .00
AMERICAS SERVICING CO      NOTICE ONLY      NOT FILED            .00           .00
AMERICAN SERVICING         NOTICE ONLY      NOT FILED            .00           .00
AMERICAS SERVICING         NOTICE ONLY      NOT FILED            .00           .00
AMERICAS SERVICING CO      NOTICE ONLY      NOT FILED            .00           .00
AMERICAS SERVICING CO      NOTICE ONLY      NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED        NOT FILED            .00           .00
ALLIED INTERSTATE          NOTICE ONLY      NOT FILED            .00           .00
ALLIED INTERSTATE          NOTICE ONLY      NOT FILED            .00           .00
ALLIED INTERSTATE          NOTICE ONLY      NOT FILED            .00           .00
AMERICREDIT FINANCIAL SE   NOTICE ONLY      NOT FILED            .00           .00
AMERICREDIT FINANCIAL SV   NOTICE ONLY      NOT FILED            .00           .00
MONTEREY FINANCIAL         UNSECURED          1093.96            .00        479.00
ARONSON FURNITURE          NOTICE ONLY      NOT FILED            .00           .00
CHECK INTO CASH INC        UNSECURED        NOT FILED            .00           .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED            .00           .00
COLLECTION COMPANY OF AM   NOTICE ONLY      NOT FILED            .00           .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED            .00           .00
COMCAST                    UNSECURED        NOT FILED            .00           .00
COMCAST                    NOTICE ONLY      NOT FILED            .00           .00
COMCAST                    NOTICE ONLY      NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00           .00
FIRST PREIMER BANK         UNSECURED        NOT FILED            .00           .00
GREAT AMERICAN FINANCE     UNSECURED          1309.32            .00        573.28
GREAT AMERICAN FINANCE     NOTICE ONLY      NOT FILED            .00           .00
GREAT AMERICAN FINANCE     SECURED NOT I      200.00             .00           .00
OSI COLLECT                UNSECURED        NOT FILED            .00           .00
OSI COLLECTION SERV        NOTICE ONLY      NOT FILED            .00           .00
PROGRESSIVE MANAGEMENT S   UNSECURED        NOT FILED            .00           .00
RMI/MCSI                   UNSECURED          6550.00            .00       2867.91
RMI MCSI                   NOTICE ONLY      NOT FILED            .00           .00
RMI/MCSI                   NOTICE ONLY      NOT FILED            .00           .00
```

```
RMI/MCSI                   UNSECURED        200.00            .00          87.58
RMI MCSI                   NOTICE ONLY   NOT FILED            .00            .00
TRIBUTE                    UNSECURED     NOT FILED            .00            .00
BELINDA BROWN              NOTICE ONLY   NOT FILED            .00            .00
BELINDA BROWN              NOTICE ONLY   NOT FILED            .00            .00
UMLI/UM CAPITAL LLC        CURRENT MORTG      .00             .00            .00
UMLI/UM CAPITAL LLC        MORTGAGE ARRE      .00             .00            .00
LITTON LOAN SERVICING      CURRENT MORTG      .00             .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE      .00             .00            .00
MONTEREY FINANCIAL         SECURED NOT I  2236.92             .00            .00
CITY OF COUNTRY CLUB HIL   NOTICE ONLY   NOT FILED            .00            .00
ST FRANCIS HOSPITAL        NOTICE ONLY   NOT FILED            .00            .00
LEDFORD & WU               DEBTOR ATTY    1,000.00                      1,000.00
TOM VAUGHN                 TRUSTEE                                        362.23
DEBTOR REFUND              REFUND                                            .00
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                5,370.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        4,007.77
ADMINISTRATIVE                                   1,000.00
TRUSTEE COMPENSATION                               362.23
DEBTOR REFUND                                         .00
                     ---------------        ---------------
TOTALS                 5,370.00                  5,370.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 07 B 03517 LARRY E BROWN